CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN: 99568)
cvaughan@adasolutionsgroup.com
VAUGHAN & ASSOCIATES LAW OFFICE, APC
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (833) 481-1245
Facsimile: (916) 660-9378
Attorneys for Defendants
Kishor T. Patel; Ila K. Patel and Kamal California Investment Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>  v.<br><br>KISHOR T. PATEL, Trustee of the Patel Family Living Trust dated November 18, 1996;<br>ILA K. PATEL, Trustee of the Patel Family Living Trust dated November 18, 1996;<br>KAMAL CALIFORNIA INVESTMENT CORPORATION, a California Corporation;<br><br>    Defendants, | Case: 5:20-cv-08917-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 07, 2021          CENTER FOR DISABILITY ACCESS

                                         By: /s/ Amanda Seabock
                                               Amanda Seabock
                                               Attorneys for Plaintiff

Dated: April 07, 2021          VAUGHAN & ASSOCIATES LAW OFFICE, APC

                                         By: /s/ Cris C. Vaughan
                                             Cris C. Vaughan
                                             Attorneys for Defendants
                                              Kishor T. Patel; Ila K. Patel and Kamal California Investment Corporation

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Kishor T. Patel; Ila K. Patel and Kamal California Investment Corporation, and that I have obtained Mr. Vaughan's authorization to affix his electronic signature to this document.

Dated: April 07, 2021            CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff